

U.S. Department of Justice

United States Attorney
District of Arizona

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 3 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

123 N. San Francisco St. Suite 410   Main: (928) 556-0833
Flagstaff, AZ 86001                  Office Fax: (928) 556-0759

September 23, 2019

Honorable Camille D. Bibles
United States Magistrate Judge
123 North San Francisco Street, Suite 200
Flagstaff, Arizona 86001

    Re:    *United States v. Shawnavon Curley, et al.*
           USAO No. 2019R23991
           Court No. 19-4271 MJ

Dear Magistrate Judge Bibles:

This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all of the available records in our office, to include internal computer data, and determined that:

____ A CONFLICT MAY EXIST
To the best of my knowledge, you had direct involvement in this case or matter while you were employed with the U.S. Attorney's Office on the following dates: October 1, 1998 through January 11, 2002; January 5, 2004 through March 2, 2012; and April 6, 2015 through February 5, 2018.

 X   NO PROBABLE CONFLICT
My review of the file and/or court docket indicates you did not have direct involvement in this case or matter.

Please feel free to contact me with any questions. Thank you.

Sincerely,

MICHAEL BAILEY
United States Attorney
District of Arizona

*Besancon*

JILLIAN BESANCON
Assistant United States Attorney

JB/mad