FILED _____ LODGED
RECEIVED _____ COPY

OCT 2 3 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Shawnavon Curley,<br>   (Counts 1-16)<br><br>2. Armondo Francisco Whiterock,<br>   (Counts 1-17)<br><br>Defendants. | No.   CR-19-01234-PHX-DLR (ESW)<br><br>**REDACTED<br>INDICTMENT**<br><br>VIO:   18 U.S.C. §§ 1153 and 1111<br>     (CIR - Felony Murder)<br>     Count 1<br><br>     18 U.S.C. §§ 1153 and 1111<br>     (CIR - Second Degree Murder)<br>     Count 2<br><br>     18 U.S.C. §§ 1153 and 1201<br>     (CIR - Kidnapping)<br>     Counts 3, 6, and 8<br><br>     18 U.S.C. §§ 1153, 3559(f),<br>     and 1201<br>     (CIR - Kidnapping of Child)<br>     Counts 11 and 13<br><br>     18 U.S.C. §§ 1153 and 113(a)(3)<br>     (CIR - Assault with a Dangerous<br>     Weapon)<br>     Counts 4,7, and 9<br><br>     18 U.S.C. §§ 1153, 3559(f),<br>     and 113(a)(3)<br>     (CIR - Assault with a Dangerous<br>     Weapon on Child)<br>     Counts 12 and 14<br><br>     18 U.S.C. §§ 1153 and 113(a)(6)<br>     (CIR - Assault Resulting in Serious<br>     Bodily Injury)<br>     Counts 5 and 10<br><br>     18 U.S.C. § 1153, 3559(f), and 2111<br>     (CIR - Robbery of Adult and Child)<br>     Count 15 |

18 U.S.C. § 1153 and
A.R.S. 13-1507, 13-1508,
13-701, 13-704, and 13-801
(CIR - Burglary)
Count 16

18 U.S.C. §§ 1153 and 81
(CIR - Attempted Arson)
Count 17

THE GRAND JURY CHARGES:

## COUNT 1

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON CURLEY and ARMONDO FRANCISCO WHITEROCK, both Indians, did with malice aforethought, and in the perpetration and attempted perpetration of a felony, that is, robbery, burglary, and kidnapping, unlawfully kill M.W.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 2

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON CURLEY and ARMONDO FRANCISCO WHITEROCK, both Indians, did with malice aforethought unlawfully kill M.W.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 3

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON CURLEY and ARMONDO FRANCISCO WHITEROCK, both Indians, did unlawfully seize, confine, kidnap, abduct, and carry away M.W., and held and detained him against his will.

In violation of Title 18, United States Code, Sections 1153 and 1201.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT 4

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON CURLEY and ARMONDO FRANCISCO WHITEROCK, both Indians, did knowingly and intentionally assault M.W. with a dangerous weapon, that is, a bat, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 5

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON CURLEY and ARMONDO FRANCISCO WHITEROCK, both Indians, did intentionally, knowingly, and recklessly assault M.W., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT 6

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON CURLEY and ARMONDO FRANCISCO WHITEROCK, both Indians, did unlawfully seize, confine, kidnap, abduct, and carry away P.W., and held and detained her against her will.

In violation of Title 18, United States Code, Sections 1153 and 1201.

## COUNT 7

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON CURLEY and ARMONDO FRANCISCO WHITEROCK, both Indians, did knowingly and intentionally assault P.W. with a dangerous weapon, that is, a bat, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

1

## COUNT 8

2   On or about September 13, 2019, in the District of Arizona, within the confines

3   of the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON

4   CURLEY and ARMONDO FRANCISCO WHITEROCK, both Indians, did unlawfully

5   seize, confine, kidnap, abduct, and carry away S.W., and held and detained her against

6   her will.

7       In violation of Title 18, United States Code, Sections 1153 and 1201.

8

## COUNT 9

9       On or about September 13, 2019, in the District of Arizona, within the confines of

10   the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON CURLEY

11   and ARMONDO FRANCISCO WHITEROCK, both Indians, did knowingly and

12   intentionally assault S.W. with a dangerous weapon, that is, a bat and a knife, with the

13   intent to do bodily harm.

14       In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

15

## COUNT 10

16       On or about September 13, 2019, in the District of Arizona, within the confines of

17   the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON CURLEY

18   and ARMONDO FRANCISCO WHITEROCK, both Indians, did intentionally,

19   knowingly, and recklessly assault S.W., resulting in serious bodily injury.

20       In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

21

## COUNT 11

22       On or about September 13, 2019, in the District of Arizona, within the confines

23   of the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON

24   CURLEY and ARMONDO FRANCISCO WHITEROCK, both Indians, did unlawfully

25   seize, confine, kidnap, abduct, and carry away John Doe 1, a child under the age of 18

26   years, and held and detained him against his will.

27       In violation of Title 18, United States Code, Sections 1153, 3559(f), and 1201.

28

**COUNT 12**

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON CURLEY and ARMONDO FRANCISCO WHITEROCK, both Indians, did knowingly and intentionally assault John Doe 1, a child under the age of 18 years, with a dangerous weapon, that is, a bat and a knife, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 3559(f), and 113(a)(3).

**COUNT 13**

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON CURLEY and ARMONDO FRANCISCO WHITEROCK, both Indians, did unlawfully seize, confine, kidnap, abduct, and carry away John Doe 2, a child under the age of 18 years, and held and detained him against his will.

In violation of Title 18, United States Code, Sections 1153, 3559(f), and 1201.

**COUNT 14**

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON CURLEY and ARMONDO FRANCISCO WHITEROCK, both Indians, did knowingly and intentionally assault John Doe 2, a child under the age of 18 years, with a dangerous weapon, that is, a bat, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 3559(f), and 113(a)(3).

**COUNT 15**

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON CURLEY and ARMONDO FRANCISCO WHITEROCK, both Indians, did by force, violence, and intimidation take something of value, that is, a vehicle, a firearm, a pellet gun, a cellular telephone, a speaker, and headphones, from the person and presence of M.W., P.W., S.W., John Doe 1, a child under the age of 18 years, and John Doe 2, a

child under the age of 18 years, and a dangerous weapon, that is, a bat, a knife, and a machete, was used during and in relation to the offense.

In violation of Title 18, United States Code, Sections 1153, 3559(f), and 2111.

## COUNT 16

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants, SHAWNAVON CURLEY and ARMONDO FRANCISCO WHITEROCK, both Indians, did commit burglary, by entering and remaining unlawfully in the residential structure of the W. family, with the intent to commit a theft and a felony therein, while the defendants and their accomplice knowingly possessed a deadly weapon and dangerous instrument, that is, a bat, a knife, and a machete, in the course of committing a theft and felony.  The offense involved the use and threatening exhibition of such deadly weapon and dangerous instrument and the intentional and knowing infliction of serious physical injury on another person.

In violation of Title 18, United States Code, Section 1153 and Arizona Revised Statutes 13-1507, 13-1508, 13-701, 13-704, and 13-801.

## COUNT 17

On or about September 13, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, ARMONDO FRANCISCO WHITEROCK, an Indian, did willfully and maliciously attempt to set fire to and burn a building, namely the dwelling of the W. family, endangering the life of the occupants.

In violation of Title 18, United States Code, Sections 1153 and 81.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date:  October 23, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona
*s/*
JILLIAN BESANCON
Assistant U.S. Attorney