# Exhibit "A"

Date of entry   09/24/2019

On 09/13/2019, SAs Curtis Cox and Scott Sandusky interviewed Shawnavon Curley, DOB ▓▓▓▓01, physical address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The interview took place in the Navajo Shiprock Detention Center.

Prior to questioning, Curley was advised of his Miranda Rights. Curley was read each right individually, and he verbally acknowledged each right. Curley then waived his rights, signed the FD-395, and agreed to speak with SAs Cox and Sandusky.

The interview of Curley was audio recorded in its entirety. Although summarized in this document, the recording itself should be considered the authoritative source for the content of the interview. The recording will be downloaded onto a disc and submitted as an ELSUR item in support of this investigation.

When asked if he knew why the FBI was there to speak to him, Curley stated "not really." When asked why he was limping, Curley explained he was walking by a windmill and looking for a ride. He waved down a passing vehicle and noticed the driver had a badge. Curley turned around and ran away down a cow trail, and as he ran he stepped on a bush and his knee slipped out. He got up and tried to run again, but could not, so he stopped, gave up, and was arrested.

Curley was asked why he was arrested. He stated he felt the "neighbors called the cops on us." Curley was hesitant to tell who he was with when the neighbors called the cops. Eventually, however, Curley stated he was with his nephew and his cousin. His nephew's name was Armando Whiterock, and his cousin's name was Evan Begay.

Curley was with Whiterock and Begay the morning he was arrested. They were intoxicated and eventually split up sometime before the sun came up. Curley

Investigation on   09/13/2019   at   Shiprock, New Mexico, United States (In Person)

File #   198A-PX-3168573                                         Date drafted   09/17/2019

by   Curtis Cox

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CURLEY_000230

and Begay were two miles south of the windmill near where they were arrested. As they walked together, Evan kept falling and passing out, so Curley took him off of the road. Whiterock kept walking. Curley believed Whiterock was going to get a ride for them, so he and Evan laid down on the side of the road with Begay and "kinda just crashed out" until the sun came up. After the sun came up, Curley left to get help for Evan because he was bleeding on his hand, and was arrested after he arrived near the windmill.

Curley explained Begay went to his house the day before. They decided to go meet with and chill with Whiterock at his home. Whiterock explained to them that some people had come by his house and threatened him. These people had done this "for awhile," and they "kinda got fed up with it." The people who threatened Whiterock were from the house Curley, Whiterock, and Begay were at the morning they were arrested.

On one occasion, a man named Lionel LAST NAME UNKNOWN came by Whiterock's house with a bar and told Whiterock to come out. Whiterock explained this to Curley and Begay when they went to his house. "This other dude" said a lot, as well. Curley identified the second man as Quinton LAST NAME UNKNOWN, who also goes by Q. Quinton said a lot of stuff on social media.

Curley, Whiterock, and Begay went to Lionel's house to tell him to leave them alone, but no one came out. They found some "40's" and started drinking, got "kinda hyped," and decided to go to Quinton's house.

Quinton was not at home when Curley, Whiterock, and Begay arrived. After they got to Quinton's house, Curley stated "all that happened," and Quinton's family decided to call the cops on them.

When asked what "all that happened" meant, Curley explained that he, Whiterock, and Begay went to Quinton's house and "told them not to mess with us." When they arrived at the house, Curley was behind Whiterock and Begay when either Whiterock or Begay rushed into the door. Curley could not remember who went through the door first. After the front door was opened, they all went through the door into the house and spread out. Curley stated he was standing by the door keeping lookout.

Once inside they asked for Quinton and told the occupants of the house not to mess with them. Some of the occupants "got mad" and tried to defend themselves. Curley went to help Whiterock and Begay when he encountered a

lady who was holding something. The lady started hitting Curley with the item, and he ran outside.

Curley then went back inside the home where "we kinda just started fighting right there. We all fight; we're all fighting." As he said this, Curley showed the interviewing Agents his hands. Curley, Whiterock, and Begay were all in the house and were punching people. Quinton was in a bedroom and a man was there in a bed. He was trying to get up out of the bed, and Curley was "trying to put him down."

Curley was looking for Quinton in the house and walked into a back bedroom, assuming it was Quinton's. Inside the bedroom, Curley encountered a man and a woman. They "took off" at Curley, and he started fighting them. In the bedroom, Curley managed to knock the man down, and the woman came at him. She was holding something and hitting him with it. He "managed to put her on the floor" by pushing her. She fell into a bed and slid down. Both the man and the woman just laid there, so Curley left the room. Curley saw Whiterock and Begay still yelling at the other occupants of the house and he told them they needed to leave because the people they were looking for were not there.

Curley, Whiterock, and Begay then left the house, but Curley stated he blacked out and could not remember how they left. After being pressed, Curley stated "we might have been in a ride." Curley admitted they walked to Quinton's house, but he did not know where the car came from. He acknowledged that the car could have been sitting in front of the house when they took it. Curley stated he was sitting in the back of the car when the car crashed. He did not recall who was driving. It was dark when the car crashed.

Curley recalled they arrived at Quinton's house at approximately 3:00 AM or 4:00 AM, and they left as the sun was rising. He acknowledged they were at the house for awhile, and they were "fighting for awhile. I was fighting those guys for awhile. I was actually getting tired."

When asked what he used to fight, Curley stated he found a bat and a knife that Quinton had stolen from him. The knife was a fixed-blade, and Curley put the knife in his pocket. He walked around with the bat.

Curley remembered seeing a small child, approximately five years old, who

was tripping out. Curley told him to go back to his room and go to sleep. The child went back to his room, and Curley asked him if he wanted him to turn off the light. The child said yes, so Curley turned off the light and closed the door.

Curley and Quinton used to be friends, but Quinton stole some of Curley's stuff. Curley acknowledged that a reason they went to Quinton's house was to get back his stuff. He further acknowledged that long ago, Quinton's family members killed Curley's grandpa, and there was a family feud.

Curley's Facebook profile name was NineTwoEightDine. Quinton also had a Facebook page, but Curley did not know his profile name.

Curley did not plan to go inside of Quinton's house. He just planned to yell from the outside. When they got there, however, someone broke the door down, and Curley did not want someone to rush Whiterock or Begay. Curley did not know Quinton's family. He just knew his family had a past with Quinton's family.

When asked why they did not just leave when they realized Quinton was not home, Curley stated he wanted to but he also wanted to get his stuff back that Quinton had stolen. Curley took a pellet gun from the house, as well as the bat and the knife. He did not know where the gun was.

When they went into the house, Curley saw Whiterock and Begay spread out throughout the house. Whiterock had a machete when they entered the house. Curley stated he was hungry, so he looked in the kitchen for something to eat. He did not find anything, so he walked to the room in the back where he encountered the man and woman. Curley claimed he found the bat after he encountered them, so he was swinging at them with his fists. He first hit the lady because she came towards him. He then saw the man waking up, and Curley hit him. The man was trying to get up, and Curley told him to stay down. Curley said he hit the man once, then the man got up. Curley and the man and woman then started fighting. They end up on the floor, where they continued fighting. The lady got ahold of something and hit Curley with it in the hands, head, and shoulders. Curley then ran out of the house, before returning to the same bedroom. He caught the woman off guard and pushed her. He then started hitting the man with his hands, and the man went down.

At some point, Curley went to the fridge a second time, and that was when he saw the child and put him back in his bedroom. At that point, "everyone was yelling." Curley was not yelling, but was telling the occupants of the house to stay down and not to mess with them. Curley admitted to being "buzzed out, so [he] kinda got in the moment." He told the occupants of the house that this was happening because of Quinton. Curley told the occupants that if Quinton's family continued to mess with Curley, Whiterock, and Begay, they would retaliate. Curley told Whiterock and Begay that they needed to go, and he put the baseball bat and pellet gun he found outside.

Curley saw another female under a bunk bed and two other "kids" in another room. Whiterock and Begay went straight into that room after they entered the house and started hitting the boys and woman. Begay got made because one of the boys knew his "chick." Curley would not name Begay's girlfriend, but stated she was not involved. Curley saw Whiterock and Begay hitting the people in the room. Begay was hitting one of the boys with a baseball bat, telling him to leave his "chick" alone. The boy was crying, and "everyone was bleeding."

One of the others also hit the older male that Curley beat, but Curley stated he could not recall if it was Whiterock or Begay.

[Agent's Note: At this point in the interview, Curley was informed that the older male, Milton Wagon, passed away. After being told that the older male passed away, Curley changed his story regarding many important details.]

When Curley, Whiterock, and Begay arrived at Quinton's house, Curley was carrying a bat and Whiterock was carrying a machete. After they broke through the front door, the three spread out throughout the house. Curley did not bust through the door, but he did not recall who did. After entering the house, they starting tearing stuff up and smashing stuff. Curley just held the bat and tried to look intimidating and telling people to stay on the floor.

Whiterock and Begay went into the bedroom containing the bunk bed and found three people in the room, and they started yelling at the people in the room. Curley did not go into the room, but looked inside and felt that Whiterock and Begay "had it controlled." Curley left to check the next room and to look for the stuff of his Quinton had stolen. Curley stated after

discovering Quinton was not in the house, "it just all clicked in all of our heads that we're just going to rob them." They then started smashing stuff and looking for what they were going to take.

[Agent's Note: Curley drew a sketch of the house and labeled it. The sketch is included as a 1A item.]

Curley was not sure how he came across the older male and female. He walked into their bedroom thinking it was Quinton's room. When he opened the door it was dark, so he left. Then someone else walked into the room and turned on the light and left. Curley then went back into the room and encountered the older man and woman and started fighting with them. He had the bat, and hit the woman first.

Curley stated he did not swing the bat in the traditional sense because the room was too small, but he poked at the man and woman with the bat. The woman was standing, but the man was on the floor sleeping. The woman was the one doing most of the fighting. She had a weapon, and Curley was trying to hit her with the bat and block her from hitting him. Curley got scared ran outside. When he went back inside, Curley saw "one of the dudes...hitting that lady with the bat." She was still standing, so Curley started hitting her legs and pushed her down. She fell to the floor and started crawling and her head was bleeding. Curley did not hit her in the head; he hit her in the stomach and the legs. Curley then hit the older man in the legs and told him not to get up. The man tried to get up, so Curley hit him across the back.

Curley was in the back room with one other person, and he identified that person as Begay. Begay had a blue baseball bat he found in the house. Begay was swinging "all crazy" and "savagely."

After he put the small child back in his bedroom, Curley went back into the bedroom where he had fought the older man and woman and saw that they were bleeding from the head. He also saw Begay swinging on the man and woman. They were both on the floor and barely moving.

Curley reiterated he did not hit either the man or woman in the head. He hit the man in the back and legs as he tried to get up. As Curley was hitting the man in the back and legs, Begay hit the man in the head. Curley denied his bat ever touched the man's head.

Begay was mad, but Curley did not know why. After hitting the man in the head, Begay went back into the bedroom with the three people and started hitting them. Curley went into the room with Begay, but he did not hit any of them. On top of the bunk bed, one of the kids was bleeding from his head and crying. The other kid was in the closet, and Begay was hitting him while saying something about his girlfriend. The kid's hand was wrapped up and bleeding. One of the boy's name was Armando Wagon. Curley did jab the three people with his bat and told them to stay down. Curley did not know where Whiterock was while he was in the bunk bed room with Begay. Curley did not know if the machete was used.

[Agent's Note: At this point, Curley consented to the interviewing Agent's collecting his DNA through buccal swabs. Curley signed a FD-26, Consent to Search, and it is separately serialized in this case.]

Curley stated that he, Whiterock, and Begay looked through the house for something to steal. After some time, they decided to take the car keys and steal the car. Curley loaded the blue bat and pellet gun in the car and told Whiterock and Begay they needed to leave. Curley got in the driver's seat and positioned the car to leave. He yelled Whiterock and Begay "let's go," and they got in the car and drove away.

After driving away, Begay told Curley he wanted to drive. Curley got out of the driver's seat and Begay started driving. Begay crashed the car, and they walked away from the car. Whiterock went home after the crash, and Curley and Begay passed out in the bushes.

Curley mentioned there was a fourth person, a "little kid" named Lavar Charley. Curley felt Charley was the one "giving those dudes ideas." Curley also stated he remembered that Charley was the one who broke through the front door.

Curley reiterated that Begay was the one who hit the older man in the head.

While in the house, Curley, Whiterock, and Begay may have broken or smashed some things in the house.

Curley did not mean for anyone to die. He did not know who hit the woman in the room with the bunk beds. Curley did jab her with his bat approximately two times.

Towards the end of the ordeal, Curley was outside putting the bat in the car and he heard someone say not to start a fire, then he saw a burning object tossed out the window.

Curley stated "it was supposed to be just a straight jack, not killing nobody." Curley, Whiterock, and Begay discussed stealing back their stuff prior to going to the house. Their intent in going to the house was to beat Quinton and take back their stuff.



