**KESSLER LAW GROUP**
Eric W. Kessler, SBN 009158
6720 N. Scottsdale Rd., Ste. 210
Scottsdale, Arizona 85253
(480) 644-0093 phone
(480) 644-0095 fax
Eric.KesslerLaw@gmail.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 3:19-cr-08249-DJH |
| Plaintiff, | ) | |
| v. | ) | **MOTION TO DETERMINE** |
| | ) | **COUNSEL** |
| Armondo Francisco Whiterock, | ) | |
| Defendant. | ) | (The Hon. Judge Diane Humetewa) |

Undersigned counsel moves this Court to determine counsel for defendant, Armondo Francisco Whiterock.

Current defense counsel was appointed on December 27, 2021. Counsel has had numerous telephone conversations with defendant and his family. Counsel has also reviewed thousands of pages of documents related to the incident and its prosecution.

Defense counsel met with defendant on May 4, 2022, at CoreCivic. Defendant refused to discuss his case in a meaningful manner. Defendant was not cooperative and simply stated he wanted a new lawyer.

Undersigned counsel has no ethical reason to seek to withdraw from representation of defendant. Defendant has made the choice not to cooperate with defense counsel, since to do so requires defendant to discuss his role in this incident.

1

Defense counsel cannot provide effective representation if defendant refuses to discuss the case with counsel. It is unclear whether defendant will continue in the same manner if this Court appoints yet another defense attorney. However, since defendant has voiced his desire for a new attorney, defense counsel is presenting this information to the Court and is seeking this Court's Order regarding further representation.

It is anticipated that excludable delay may occur pursuant to 18 U.S.C. 3161(h)(7) as a result of this motion or any Order based thereon.

RESPECTFULLY SUBMITTED this May 25, 2022.

    *s/ Eric W. Kessler*
Eric W. Kessler
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jillian Besancon, Esq.
Assistant U.S. Attorney

    *s/ Eric W. Kessler*
Eric W. Kessler
*Attorney for Defendant*