**LOYD C. TATE**
**ATTORNEY AT LAW**
1921 S. ALMA SCHOOL ROAD
STE. 112
MESA, ARIZONA 85210
Bar No. 014276
(480) 345-1400
loydtatelaw@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 19-08249-002-PCT-DJH |
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| v. | |
| Armondo Francisco Whiterock, | |
| Defendant. | |

The Defendant Armondo Francisco Whiterock, by and through undersigned counsel, requests the Court sentence the Defendant to no more than 300 months (25 years) imprisonment.

**Pertinent Facts**

The Presentence Investigation Report (PSR) details the facts of this terrible incident. During the early morning hours of September 13, 2019, the Defendant and two other co-defendants entered the home of Pauline and Milton Wagon. Present at the home during

the incident we the Wagons, their daughter (she entered while the incident was going on) and their grandchildren who were 16 and 15 at the time. The Defendant and the other co-defendant's entered the home while the family was sleeping and began beating them and ransacking the residence. Milton Wagon was killed, Pauline, her daughter and the grandchildren were all beaten with baseball bats and one of the victims was cut with a knife. As a result of the attack all of the victims were terrorized. The PSR in paragraphs 3-35 detail the specific facts of the incident.

**Procedural History**

The Defendant pled guilty pursuant to a plea agreement to Count 2 of the Indictment which charged the Defendant with killing Milton Wagon and Count 15 which charged the Defendant with by force, violence, and intimidation did take something of value from five individuals, two under the age of 18, and a bat, knife and machete were used during the offense (PSR ¶2) The plea agreement stipulates the Defendant will be sentenced to no more than 30 years.

**Argument    .**

The Defendant Armando Whiterock was 20 years old when he participated in this regrettable incident. He and the codefendants had been smoking marijuana and drinking alcohol and when they decided to try to retrieve some items that had been taken from him. Also apparently there had been hostility between the Wagon and Whiterock families. The Whiterocks held the Wagon family responsible for the death of the defendant's grandfather.

As the Court is well aware when a person is reared in the hatred of another family the blind hatred becomes the excuse to harm the other family. The Defendant grew up poor with parents that struggled with substance abuse (PSR¶ 86 ). He was also physically abused by his parents. He has never recovered from the death of his father in 2017. All of these issues have fueled anger and resentment in the Defendant. None of the Defendant's anger issues a justification for his actions. However these issues may help explain why the Defendant acted so violently.

18 U.S.C. 3553(a) sets forth the factors the court should consider when sentencing the Defendant. 18 U.S.C. 3553(a) reasons that the Court shall consider certain factors in determining the specific sentence to impose so that the sentence is sufficient but not greater than necessary meet the objective of sentencing namely deterrence, protection of the public, rehabilitation and punishment. The Defendant requests the Court consider his youthful age of 20 when this crime occurred. It has now become accepted that the male brain does not mature until at least the age of 25 years old. While the Defendant was old enough to know right from wrong his immaturity was evident in him joining with his uncle in this terrible crime and not considering the consequences he would suffer. When the Defendant mixed drugs and alcohol to his anger and hatred of the Wagons he made a very poor and violent decision to invade their home. The specific facts of this crime are somewhat confusing in that certain specific acts of the violence committed by each defendant is uncertain. However, it appears that the Defendant was not the person who

delivered the fatal blow to Milton Wagon.  Therefore the defendant would request the Court consider a sentence of 25 years to be sufficient.

Respectfully submitted this November 14, 2022.

By: <u>s/Loyd C. Tate</u>
Loyd C. Tate
Attorney for Defendant

I hereby certify on November 14, 2022, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable Diane J. Humetewa
United States District Court

Jillian Besancon
Assistant U.S. Attorney